SHAWN M. RIDLEY, ESQ. SBN 144311 (sridley@hrmrlaw.com)
RYAN KUJAWSKI, ESQ. SBN 226873 (rkujawski@hrmrlaw.com)
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061-3436
Telephone: (650) 365-7715

Attorneys for Defendant
PAREX USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JOHN J. FINAZZO and LORNA M. WALEK;, <br><br>Plaintiffs, <br><br>vs. <br><br>3M COMPANY, et al., <br><br>Defendants. | Case No. 3:15-cv-00434-VC <br><br>Removed from Alameda County Superior Court Case No. RG 14 752443 <br><br>Assigned to the Honorable Vince Chhabria <br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT PAREX USA, INC.** |

Plaintiffs JOHN J. FINAZZO and LORNA M. WALEK ("Plaintiffs"), and Defendant PAREX USA, INC., individually and as successor in interest, parent, alter ego and equitable trustee of PAREXLAHABRA, INC., LA HABRA PRODUCTS, INC., and LA HABRA STUCCO COMPANY ("Defendant"), by and through their counsel of record stipulate, pursuant to Fed R. Civ. Proc. 41(a). that:

    1. Any and all of Plaintiffs' claims against Defendant may be dismissed without prejudice; and

1

2. Each party shall bear their own costs.

DATED: February 9, 2015         KAZAN, McCLAIN, SATTERLEY & GREENWOOD

By: _____
CAROLE BOSCH, ESQ. [SBN 239790]
JUSTIN BOSL, ESQ. [SBN 241117]
55 Harrison Street, Suite 400
Oakland, CA 94607
Tel: (510) 302-1000

Attorneys for Plaintiffs
**JOHN J. FINAZZO and LORNA M. WALEK**

DATED: February 6, 2015         HOWARD ROME MARTIN & RIDLEY LLP

By: _____
SHAWN M. RIDLEY SBN 144311
RYAN KUJAWSKI, ESQ. SBN 226873
1775 Woodside Road, Suite 200
Redwood City, CA 94061-3436
Telephone: (650) 365-7715

Attorneys for Defendant
**PAREX USA, INC.**

2

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT PAREX USA, INC.

## ORDER OF DISMISSAL

Pursuant to the Stipulation entered into between Plaintiffs JOHN J. FINAZZO and LORNA M. WALEK ("Plaintiffs"), and Defendant PAREX USA, INC., individually and as successor in interest, parent, alter ego and equitable trustee of PAREXLAHABRA, INC., LA HABRA PRODUCTS, INC., and LA HABRA STUCCO COMPANY ("Defendant"), this Court accepts the Stipulation between Plaintiffs and Defendant and hereby orders the following:

IT IS HEREBY ORDERED that any and all of Plaintiffs' claims against Defendant PAREX USA, INC., individually and as successor in interest, parent, alter ego and equitable trustee of PAREXLAHABRA, INC., LA HABRA PRODUCTS, INC., and LA HABRA STUCCO COMPANY are hereby DISMISSED from this action without prejudice and each party shall bear their own costs.

Dated: February 11, 2015

_____
Honorable Vince Chhabria
Judge of the United States District Court

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT PAREX USA, INC.