ARMSTRONG & ASSOCIATES, LLP
William H. Armstrong, SBN 40650
E-mail: bill.armstrong@armstrongetal.com
Jennifer D. Fitzpatrick, SBN 198335
E-mail: jennifer.fitzpatrick@armstrongetal.com
One Kaiser Plaza, Suite 625
Oakland, California 94612
Telephone: (510) 433-1830
Facsimile: (510) 433-1836

Attorneys for Defendant
Elementis Chemicals Inc.,
individually and as successor-in-interest, parent, alter ego and equitable trustee of
Harrisons & Crosfield (Pacific) Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. FINAZZO and LORNA M. WALEK,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>3M COMPANY, etc., et al.,<br><br>　　　　Defendants. | No. 15-cv-00434-VC (VC)<br><br>Assigned to: Hon. Vince Chhabria<br><br>[~~PROPOSED~~] ORDER TO DISMISS DEFENDANT ELEMENTIS CHEMICALS INC. WITHOUT PREJUDICE |

Pursuant to the stipulation of the parties, it is hereby ordered that the above-captioned action is dismissed, without prejudice, as to Defendant Elementis Chemicals Inc., individually and as successor-in-interest, parent, alter ego and equitable trustee to Harrisons & Crosfield (Pacific) Inc. only, each party to bear its own costs.

**PURSUANT TO STIPULATION**, **IT IS SO ORDERED**.

Dated: February 18, 2015

　　　　　　　　　　　　　　　　　　　　　　　Hon. Vince Chhabria
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge