MICHAEL J. PIETRYKOWSKI (SBN 118677)
mpietrykowski@gordonrees.com
ROBERT A. RICH (SBN 141883)
rrich@gordonrees.com
CHRISTOPHER D. STRUNK (SBN 214110)
cstrunk@gordonrees.com
SAMUEL D. JUBELIRER (SBN 287649)
sjubelirer@gordonrees.com
GORDON & REES LLP
1111 Broadway, Suite 1700
Oakland, CA 94607
Telephone: (510) 463-8600
Facsimile: (510) 984-1721

Attorneys for Defendant
UNION CARBIDE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. FINAZZO AND LORNA M. WALEK<br><br>Plaintiffs,<br><br>vs.<br><br>THE BOEING COMPANY, et al.,<br><br>Defendants. | CASE NO. 15-cv-00434-VC<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL OF DEFENDANT UNION CARBIDE CORPORATION** |

The Court, having read and considered the stipulation of dismissal between Plaintiffs JOHN J. FINAZZO and LORNA M. WALEK and Defendant UNION CARBIDE CORPORATION, hereby approves the stipulation and orders that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), defendant UNION CARBIDE CORPORATION is dismissed from this action, without prejudice, and with all parties to bear their own costs.

**IT IS SO ORDERED.**

Dated: February 18, 2015

_____
Hon. Vince Chhabria
United States District Judge

-1-