Justin Bosl, Esq. (C.S.B. # 241117)
JBosl@kazanlaw.com
Carole Bosch, Esq. (C.S.B. # 239790)
CBosch@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. FINAZZO and LORNA M. WALEK,<br><br>Plaintiffs,<br><br>vs.<br><br>3M COMPANY, et al.,<br><br>Defendants. | Case No. 15-cv-00434-VC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT AMCORD, INC.**<br><br>The Hon. Vince Chhabria, Courtroom 4<br><br>Action Filed:    December 23, 2014<br>Trial Date:       Not yet set |

Plaintiffs JOHN J. FINAZZO and LORNA M. WALEK ("Plaintiffs"), and Defendant AMCORD, INC., doing business as RIVERSIDE CEMENT COMPANY ("Defendant"), by and through their counsel of record stipulate, pursuant to Fed R. Civ. Proc. 41 (a). that:

1. Any and all of Plaintiffs' claims against Defendant AMCORD, INC. only may be dismissed without prejudice; and

///
///
///
///
///
///

2. Each party shall bear their own costs.

DATED: February 13, 2015

KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation

By:  /s/ Carole Bosch
Carole Bosch
Attorneys for Plaintiffs

DATED: February 13, 2015

ADAMS | NYE | BECHT LLP

By:  * /s/ Barbara R. Adams
Barbara R. Adams
Attorneys for AMCORD, INC.

*Ms. Adams provided her consent that this document be electronically filed.

## ORDER OF DISMISSAL

Pursuant to the Stipulation entered into between Plaintiffs JOHN J. FINAZZO and LORNA M. WALEK ("Plaintiffs"), and Defendant AMCORD, INC., doing business as RIVERSIDE CEMENT COMPANY ("Defendant"), this Court accepts the Stipulation between Plaintiffs and Defendant and hereby orders the following:

IT IS HEREBY ORDERED that any and all of Plaintiffs' claims against Defendant AMCORD, INC., doing business as RIVERSIDE CEMENT COMPANY, only are hereby DISMISSED from this action without prejudice and each party shall bear their own costs.

DATED: February 18, 2015

_____
Honorable Vince Chhabria
Judge of the United States District Court