BERKES CRANE ROBINSON & SEAL LLP
Robert H. Berkes (SBN 70152)
  *rberkes@bcrslaw.com*
Carmen Santana (SBN 193511)
  *csantana@bcrslaw.com*
515 South Figueroa Street, Suite 1500
Los Angeles, California 90071
Telephone:  (213) 955-1150
Facsimile:   (213) 955-1155

Attorneys for DEFENDANT
CALPORTLAND COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN J. FINAZZO and LORNA M. WALEK,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY, et al.,<br><br>Defendants. | CASE No. 3:15-cv-00434-VC<br><br>The Hon. Vince Chhabria<br><br>[~~PROPOSED~~] **ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CALPORTLAND COMPANY**<br><br>Trial Date:        None |

Pursuant to the stipulation of the parties, IT IS SO ORDERED that Plaintiffs JOHN J. FINAZZO and LORNA M. WALEK'S Complaint as to Defendant CALPORTLAND COMPANY, is DISMISSED without prejudice pursuant to FRCP 41(a)(1). Each party to bear their own costs.

DATED: February 18, 2015          United States District Court Judge

_____
HON. VINCE CHHABRIA

60X6774.DOCX