# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. FINAZZO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY, et al., <br><br> Defendants. | Case No. 15-cv-00434-VC <br><br> **ORDER GRANTING MOTION TO TRANSFER** <br><br> Re: Dkt. No. 38 |

The defendants' unopposed motion to transfer is granted. The Clerk of the Court is directed to transfer this case to the Eastern Division of the Central District of California.

**IT IS SO ORDERED**.

Dated: February 18, 2015

_____
VINCE CHHABRIA
United States District Judge