1  MICHAEL J. PIETRYKOWSKI (SBN: 118677)
   mpietrykowski@gordonrees.com
2  KATHRYN J. LAFEVERS (SBN: 252003)
   klafevers@gordonrees.com
3  GORDON & REES LLP
   1111 Broadway, Ste. 1700
4  Oakland, CA 94607
   Telephone: (510) 463-8600
5  Facsimile: (510) 984-1721

6  Attorneys for Defendant
   THE GOODYEAR TIRE & RUBBER COMPANY
7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10             SOUTHERN DIVISION
11

| | |
|---|---|
| LORNA M. WALEK, individually and as successor-in-interest to JOHN J. FINAZZO; J.R.F., a minor, by her Guardian Ad Litem KRISTINE MARIE HOLM; J.M.F., a minor, by his Guardian Ad Litem KRISTINE MARIE HOLM; and J.P.F., a minor, by his Guardian Ad Litem KRISTINE MARIE HOLM,<br><br>        Plaintiffs,<br>  vs.<br>3M COMPANY, et al.,<br>        Defendants. | Case No.: 5:15-cv-00309-DOC-DTB<br><br>[PROPOSED] ORDER TO AMEND PROTECTIVE ORDER REGARDING CONFIDENTIAL AND EXPORT-CONTROLLED MATERIALS TO ADD DEFENDANT THE GOODYEAR TIRE & RUBBER COMPANY<br><br>JUDGE: Hon. David O. Carter   [398] |

Gordon & Rees LLP
1111 Broadway, Suite 1700
Oakland, CA 94607

1102374/24956888v.1

1
DEFENDANT THE GOODYEAR TIRE & RUBBER COMPANY'S

Pursuant to the stipulation between Plaintiffs and The Goodyear Tire & Rubber Company, it is hereby ordered by the Court that the Protective Order Regarding Confidential and Export Controlled Materials, entered by the Court on May 14, 2015 as Document 316, and most recently amended on June 25, 2015 to add Amended Exhibit A as Documents 363-1, shall be further amended to include The Goodyear Tire & Rubber Company as a party in Paragraph 1 of the Protective order to whom the terms and conditions of the Protective Order shall apply. The Protective Order shall otherwise apply with the same force and the same terms and previously set forth in Document 316.

IT IS SO Ordered.

Dated:  September 10, 2015

_David O. Carter_
Honorable David O. Carter
United States District Court Judge