



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| | **WESTERN DIVISION**<br>312 North Spring Street, Room G-8<br>Los Angeles, CA 90012<br>Tel: (213) 894-3535 | **SOUTHERN DIVISION**<br>411 West Fourth Street, Suite 1053<br>Santa Ana, CA 92701-4516<br>(714) 338-4750 |
| **KIRY K. GRAY**<br>Clerk of Court | | **EASTERN DIVISION**<br>3470 Twelfth Street, Room 134<br>Riverside, CA 92501<br>(951) 328-4450 |

March 14, 2016

Alameda County Superior Court
1225 Fallon Street
Oakland, CA 94612

**FILED**
**ALAMEDA COUNTY**
MAR 16 2016
CLERK OF THE SUPERIOR COURT
By _____ Deputy

Re: Case Number: 5:15-cv-00309-DOC-DTB
    Previously Superior Court Case No. RG14752443
    Case Name: JOHN J FINAZZO ET AL V. THE BOEING COMPANY

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on ___3/9/16 and 3/14/16___, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U.S. District Court

By: /s/ Lori Wagers
Deputy Clerk
714-338-4780
Southern Division

cc: Counsel of record

---

Receipt is acknowledged of the documents described herein.

MAR 16 2016
Date

Clerk, Superior Court

By: _____
Deputy Clerk

S. IYAMU

CV-103 (10/15)   LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)