FILED

APR 21 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LORNA M. WALEK, individually and as successor-in-interest to JOHN J. FINAZZO; et al., | No. 16-55431 |
| Plaintiffs - Appellees, | D.C. No. 5:15-cv-00309-DOC-DTB<br>Central District of California, Riverside |
| v. | |
| THE GOODYEAR TIRE & RUBBER COMPANY, | ORDER |
| Defendant - Appellant, | |
| and | |
| PEP BOYS, INC., | |
| Defendant. | |

Before: LEAVY and IKUTA, Circuit Judges.

Appellant's motion to stay the district court's March 9, 2016 remand order pending appeal is granted. *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

Appellees' opposition to the stay motion requests that this order exclude from the stay the petitions to compromise the disputed claims of the minor

AGL/MOATT

plaintiffs and the related motion to seal pending in state court.  We deny the request.

Appellant's motion to expedite the briefing and hearing of this appeal is denied.  The briefing schedule established previously remains in effect.